STATE OF CONNECTICUT *v.* KEITH JENKINS

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 330, is denied.

*Jon L. Schoenhorn,* in support of the petition.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in opposition.

Decided May 17, 1991

STATE OF CONNECTICUT *v.* PHILLIP ANDERSON

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 438, is denied.

*Brian M. O'Connell,* in support of the petition.
*Judith Rossi,* assistant state's attorney, in opposition.

Decided May 17, 1991

RICHARD DIBONAVENTURA, SR., ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF THOMPSON

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 369, is denied.

*John D. Boland,* in support of the petition.

*Michael A. Zizka,* in opposition.

Decided May 17, 1991

DEANN K. SEYMOUR *v.* LYNNE M. CARCIA

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 446, is granted, limited to the following issue: